## RETURN OF SERVICE

State of Florida        County of Miami-Dade        Circuit Court

Case Number: 24-CV-23736-DPG

Plaintiff:
THE HAITIAN DIASPORA POLITICAL ACTION COMMITTEE (HDPAC)
THE OFFICE OF THE HAITIAN DIASPORA (ODIHA)

vs.

Defendant:
DONALD J. TRUMP, JAMES DAVID VANCE
DONALD TRUMP JR., ELON MUSK, X, DAVE YOST, BERNIE MORENO,
STATE OF OHIO, CLAY HIGGINS

For:
MORRIS LEGAL LLC
2800 BISCAYNE BLVD.
SUITE 530
MIAMI, FL 33130

Received by Lightning Legal Couriers on the 9th day of October, 2024 at 4:09 pm to be served on **X, 3500 DEER CREEK ROAD, PALO ALTO, CA 94304**

I, NICHOLAS KOSEARAS, do hereby affirm that on the **11th day of October, 2024** at **10:59 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT FOR MONEY DAMAGES & INJUNCTIVE RELIEF** to: **DAISY MONTENEGRO AS INTAKE SPECIALIST FOR CT CORPORATION SYSTEM** as **REGISTERED AGENT** for **X**, at the address of: **330 N BRAND BLVD, GLENDALE, CA 91203**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)Under Penalties of Perjury,

**NICHOLAS KOSEARAS**
Process Server

**Lightning Legal Couriers**
**9280 SW 64 Street**
**Miami, FL 33173**
**(786) 286-4167**

Our Job Serial Number: LTN-2024007381