IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA -MIAMI DIVISION

_____
THE HAITIAN DIASPORA
POLITICAL ACTION COMMITTEE
(HDPAC)
THE OFFICE OF THE HAITIAN DIASPORA
ODIHA                                                   Case No.: 1-24 CV 23736 DPG
Plaintiffs,

VS.

DONALD J. TRUMP
JAMES DAVID VANCE **J**
DONALD TRUMP JR.
ELON MUSK
X
DAVE YOST
BERNIE MORENO
STATE OF OHIO
CLAY HIGGINS
Defendants.
_____/

**PLAINTIFF'S ODIHA NOTICE OF VOLUNTARY DISMISSAL**

   NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1),

Plaintiff ODIHA voluntary dismisses this action in its entirety without prejudice. The

Defendants have neither filed an answer to Plaintiff's Complaint, nor a motion for summary

judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted, on November 26, 2024

**By: *S/Ralph S. Francois 11262024@9:43AM***

Ralph S. Francois

4000 Hollywood Boulevard
Suite 555 South
Hollywood, Florida 33021
Tel: 954-391-9009
Email: lawyerfrancois@gmail.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on Tuesday November 26, 2024 a copy of the Notice of Dismissal was filed with the Clerk via CM/ECF with the Clerk of court to be served on all parties on the mailing list including the attorneys for Defendants.

**Matthew S. Sarelson**
Dhillon Law Group, Inc.2100
Ponce de Leon Blvd Suite 1290
Coral Gables, FL 33134
PH: 305-773-1952
Emailmsarelson@dhillonlaw.com


S/Ralph S. Francois 112624@9:43AM

Ralph S. Francois