IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA -MIAMI DIVISION

_____
THE HAITIAN DIASPORA
POLITICAL ACTION COMMITTEE
(HDPAC)
THE OFFICE OF THE HAITIAN DIASPORA
ODIHA                                                              Case No.: 1-24 CV 23736 DPG
Plaintiffs,

VS.

DONALD J. TRUMP
JAMES DAVID VANCE **J**
DONALD TRUMP JR.
ELON MUSK
X
DAVE YOST
BERNIE MORENO
STATE OF OHIO
CLAY HIGGINS
Defendants.
_____/

**HDPAC NOTICE OF DROPPING DEFENDANT STATE OF OHIO AND
VOLUNTARY DISMISSAL AS TO DEFENDANT STATE OF OHIO**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff HDPAC voluntary dismisses this action in its entirety without prejudice gainst the State of Ohio. The Defendant State of Ohio have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted, on December 10, 2024

**By: S/Ralph S. Francois 1210024@9:37AM**

Ralph S. Francois

4000 Hollywood Boulevard
Suite 555 South
Hollywood, Florida 33021
Tel: 954-391-9009
Email: lawyerfrancois@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on Tuesday December 10, 2024 a copy of the Notice of Dismissal was filed with the Clerk via CM/ECF with the Clerk of court to be served on all parties on the mailing list including the attorneys for Defendant..

DANIEL J. RUDARY
O| 330.374.7477   C | 216.210.7726
djrudary@bmdllc.com
75 East Market Street, Akron, Ohio 44308
bmdllc.com

JESSICA K. HEW
O| 407.392.0318
 D/F| 689.500.4001
jkhew@bmdpl.com
255 South Orange Avenue, Suite 700
Orlando, Florida 32801
bmdllc.com

S/Ralph S. Francois 121024@9:37AM

Ralph S. Francois