# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

CASE NUMBER: **24-CV-23736-DPG**

| | |
|---|---|
| **HAITIAN DIASPORA POLITICAL ACTION COMMITTEE (HDPAC),** | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) |
| **DONALD J. TRUMP, JD VANCE, ELON MUSK, X, DAVE YOST, BERNIE MORENO, CLAY HIGGINS, & ALL** | ) ) ) ) |
| Defendant(s). | ) ) / |

## NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, The Haitian Diaspora Political Action Committee ("HDPAC"), voluntary dismisses this action in its entirety without prejudice against all Defendants. The Defendants have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully Submitted:

By /s/ Ralph S. Francois
Attorney for Plaintiff
Florida Bar No. 115770
4000 Hollywood Boulevard
Suite 555 South
Hollywood, FL 33021
(954) 391-9009
Email: lawyerfrancois@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Friday, February 19, 2025 a copy of this Notice of Voluntary Dismissal was filed via CM/ECF with the Clerk of Court to be served on all parties on the service list including the attorney for Defendants.

Daniel J. Rudary
O 330.374.7477   C 216.210.7726
djrudary@bmdllc.com
75 East Market Street
Akron, Ohio 44308

Jessica K Hew
O 407.392.0318
D/F 689.500.4001
jkhew@bmbpl.com
255 South Orange Avenue, Suite 700
Orlando, FL 32801
bmdllc.com

        /s/ Ralph S. Francois
        RALPH STANLEY FRANCOIS, ESQ.
        Florida Bar# 0115770
        Attorney for Plaintiff
        4000 Hollywood Blvd. 555
        Hollywood, FL 33021
        Telephone: (954) 391 9009
        Email: lawyerrfrancois@gmail.com